## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLBY KINCHEN** | * | **CIVIL ACTION NO. 23-06753** |
| | * | |
| **Plaintiffs** | * | **JUDGE LONG** |
| | * | |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE CURRAULT** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **A JURY IS DEMANDED** |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company, who hereby advises the Court that all parties have agreed to a settlement in the above-captioned case.

Respectfully submitted,

*/s/ Lindsay G. Faulkner*
PETER J. WANEK (#23353)
MEGAN T. JAYNES (#34785)
LINDSAY G. FAULKNER (#33863)
ROBERT D. PEYTON (#23251)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 26th day of December, 2024, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Eastern District of Louisiana ECF system.

>  */s/ Lindsay G. Faulkner*
>  **LINDSAY G. FAULKNER**